| | |
|---|---|
| 1 | PETER W. SALTZMAN (State Bar No. 169698) |
|   | CHRISTINE S. HWANG (State Bar No. 184549) |
| 2 | LEONARD CARDER LLP |
|   | 1330 Broadway, Suite 1450 |
| 3 | Oakland, CA 94612 |
|   | Tel: 510-272-0169 |
| 4 | Fax: 510-272-0174 |

Co-Counsel for Plaintiffs

CHARLES A. STORKE (State Bar No. 48752)
ROBERT SCHWARTZ (State Bar No. 227327)
TRUCKER HUSS, APC
120 Montgomery Street, 23rd Floor
San Francisco, CA 94104-4326
Tel: 415-788-3111
Fax: 415-421-2017

Co-Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM O'BRIEN, THOMAS PERCIVAL, ANTHONY POPLAWSKI, and ROBERT STEPHENS, in their capacities as Trustees of the MFOW SUPPLEMENTAL PENSION TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>MARANA BENEFITS ADMINISTRATION, INC., a California corporation; and PETER J. MARANA, an individual,<br><br>Defendants. | Case No: **C 08-04980 WHA**<br><br>**STIPULATION AND ORDER DISMISSING COMPLAINT WITH PREDJUDICE** |

IT IS HEREBY STIPULATED by and between the parties to this action that the entire action be and hereby is discharged and dismissed, with prejudice, pursuant to FRCP 41(a)(1), and that all parties shall bear their own attorney fees and costs.

Dated: August 25, 2009

**LEONARD CARDER, LLP**

By: /s/ Christine S. Hwang
Christine S. Hwang

**TRUCKER HUSS, APC**

By: /s/ Robert F. Schwartz
Robert F. Schwartz

ATTORNEYS FOR PLAINTIFFS

**GORDON & REES, LLP**

By: /s/ Dion Cominos
Dion Cominos

ATTORNEYS FOR DEFENDANTS

**ORDER**

Pursuant to the Stipulation of the parties, the above-entitled action is dismissed with prejudice, with all parties to bear their own attorney's fees and costs.

Dated: August 31, 2009

IT IS SO ORDERED
Judge William Alsup

U.S. DISTRICT COURT JUDGE
WILLIAM H. ALSUP